AO 93   (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

## SEARCH AND SEIZURE WARRANT     25-mj-788-CDL

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Oklahoma_____
*(identify the person or describe the property to be searched and give its location)*:
        See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
        See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     October 2, 2025
                                                                                                       *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Christine D. Little_____ .
                *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
                        ☐ for _____ days *(not to exceed 30).*
                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   September 18, 2025
                                    @ 3:26 pm                                    _____
                                                                                              *Judge's signature*

City and state:     Tulsa, Oklahoma                     Christine D. Little, U.S. Magistrate Judge
                                                                            *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  25-MJ-788-CDL | Date and time warrant executed:<br>09/17/2025 11:00 am | Copy of warrant and inventory left with:<br>Evidence |
| Inventory made in the presence of :<br>  TFO Jacob Hamblett | | |

Inventory of the property taken and name of any person(s) seized:

Electronically stored information from a Samsung Galexy with Sunflower Case belonging to Natasha Beaty, a Motorola Moto G Play belonging to Jeremiah Kruschick, a Nitro N62 belonging to Betty McCollum and a Motorola Moto G belonging to Betty McCollum

***********************************************NOTHING FURTHER ***********************************************************

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:      09/24/2025

_____
*Executing officer's signature*

_____
Cody Norman DEA TFO
*Printed name and title*

## Attachment A(1)

### Samsung Galaxy Smartphone with Sunflower Case

Belonging to Natasha Beaty





## Attachment A(2)

### Blue Maxwest Nitro N62 Smartphone

Belonging to Betty McCollum





## Attachment A(3)

## Motorola XT2513-2 Cell Phone

Belonging to Betty McCollum





## Attachment A(4)

### Blue Moto G Play Smartphone

Belonging to Jeremiah Kruschick



## ATTACHMENT B

### Particular Things to be Seized

All records on the Devices described in Attachment A that relate to the unlawful drug possession and drug distribution in violation of Title 21, United States Code, Section 841, including:

1. Records relating to communication with others as to the criminal offense(s) listed above; including incoming and outgoing voice messages; text messages; emails; multimedia messages; applications that serve to allow parties to communicate; all call logs; secondary phone number accounts, including those derived from Skype, Line 2, Google Voice, and other applications that can assign roaming phone numbers; and other Internet-based communication media;

2. Records relating to documentation or memorialization of the criminal offense(s) listed above, including voice memos, photographs, videos, and other audio and video media, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos, including device information, geotagging information, and information about the creation date of the audio and video media;

3. Records relating to the planning and execution of the criminal offense(s) above, including Internet activity, firewall logs, caches, browser history, and

6

cookies, "bookmarked" or "favorite" web pages, search terms that the user

entered into any Internet search engine, records of user-typed web addresses,

account information, settings, and saved usage information;

4. Application data relating to the criminal offense(s) above;

5. Lists of customers and related identifying information related to the criminal

offense above;

6. Types, amounts, and prices of drugs trafficked as well as dates, places, and

amounts of specific transactions related to the criminal offense above;

7. Any information related to sources of drugs (including names, addresses,

phone numbers, or any other identifying information) related to the criminal

offense above; and

8. All bank records, checks, credit card bills, account information, and other

financial records. Records relating to financial data, to include bank records,

checks, credit card bills, account information, and other financial records,

electronically stored records showing proof of residence, proof of storage unit

use and/or rentals, additional properties owned or documents reflecting stash

houses, real estate transaction documents, rental agreements or documents, as

well as automotive sale or purchase or financing documents, electronically

stored documents purporting to indicate income or salaries received reflecting

employment, hours worked, wages earned, withholdings, W-2 and W-4 forms,

7

(blank or executed), state and federal tax returns or documents pertaining to the preparation thereof, electronically stored records showing secret clientele lists, business associates, and diversification of wealth, United States Currency, any other electronically stored tangible items evidencing the obtaining, transfer, secreting, and/or concealment of assets and/or money, electronically stored records, documents, receipts, and/or negotiable instruments which evidence the purchase of negotiable instruments and/or the structuring of currency transactions to avoid the filing of currency transactions reports and/or the laundering of monetary instruments, electronically stored documents evidencing fruits, instrumentalities, monies, records, and notations, associated with the crime(s) listed above.

9. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phone books, saved usernames and passwords, documents, and browsing history;

10. All records and information related to the geolocation of the Devices on July 3, 2025;

11. All records and information related to the coordination, agreement, collaboration, and concerted effort of and with others to violate the criminal statutes listed above.

8

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.